UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.   CITATION / CASE NO. __06-mj-0001__

vs.

## ORDER TO PAY

__Scott Howard Watson__

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____City_____   _____State_____   _____Zip Code_____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**   __Paid in Court__
DATE: __11-7-06__   _____
                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: __Count II__   FINE __240.00__   ASGMT. __10.00__
CITATION / CASE NO: __Count IV__   FINE __240.00__   ASGMT. __10.00__
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

[X] **FINE TOTAL** of $ __480.00__ and a penalty assessment of $ __20.00__ __forthwith__
_____ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

__Counts I, III & V Dismissed.__

PAYMENTS **must be made by CHECK or MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

(CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ __501 I Street__
Sacramento, CA 95814)

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: __11-7-06__   _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office                              EDCA - 03 Rev 8/97